# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00785-CV

### E. L. and S. L. F., Jr., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-13-005219
### THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants E.L. and S.L.F., Jr. filed their notices of appeal on December 10, 2014 and December 17, 2014 respectively. The appellate record was complete December 22, 2014, making appellants' briefs due January 12, 2015. On January 12, 2015, counsel for S.L.F., Jr. filed a motion for extension of time to file appellant's brief. Counsel for E.L. has not yet filed a motion or otherwise communicated with the Court.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order John M. Sigman and Lisa Marie Mims to file appellants' briefs no later than February 2, 2015. If the

briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on January 13, 2015.

Before Justices Puryear, Pemberton and Field